IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>ARAILDE MATOS,<br><br>                 Defendant. | 4:25CR3037<br><br>ORDER |

      Before the court is Defendant's motion for temporary modification of pretrial release (Filing No. 18). The Court has been advised that neither Plaintiff nor Defendant's Nebraska pretrial services officer oppose this motion. Accordingly, upon review,

      IT IS ORDERED:

1)    Defendant's motion for temporary modification of pretrial release, (Filing No. 18), is granted.

2)    Defendant is permitted to travel to Homestead, Florida from August 24th, 2025 through August 29th, 2025 for two doctor appointments.

3)    On or before August 24, 2025, Defendant shall provide information to pretrial services outlining contact numbers, and his transportation and lodging arrangements for the trip.

Dated this 21st day of August, 2025.

                                                          BY THE COURT:

                                                          *s/ Jacqueline M. DeLuca*
                                                           United States Magistrate Judge