IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ARAILDE MATOS,<br><br>    Defendant. | 4:25CR3037<br><br>ORDER |

  This matter is before the court on the defendant's Unopposed Oral Motion to Extend Voluntary Surrender Date to December 10, 2025. After considering the matter, the court will grant the motion.

  IT IS ORDERED that the defendant's motion is granted, and the defendant's self-surrender date is continued to **on or before December 10, 2025.**

  Dated this 18th day of November, 2025.

                    BY THE COURT:

                    s/ Susan M. Bazis
                    United States District Judge